UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL YATES,

    Plaintiff,

v.

C/O BRADLEY, ILLINOIS DEPARTMENT
OF CORRECTIONS and LT. JAMES DILDAY,

    Defendants.

Case No. 09-cv-260-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: February 28, 2011**    NANCY J. ROSENSTENGEL, Clerk of Court

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**